# Order

**Michigan Supreme Court**
**Lansing, Michigan**

July 29, 2014

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

149406

SINEAD LICARI,
      Plaintiff/Counter-Defendant-
      Appellee,

v

                                     SC: 149406
                                     COA: 314025
                                     Washtenaw CC: 12-000240-DM

ALLEN LICARI,
      Defendant/Counter-Plaintiff-
      Appellant.

_____/

      On order of the Court, the application for leave to appeal the April 22, 2014 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 29, 2014



s0721

                                Clerk